IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHRISTOPHER ROBINSON                                                                    PLAINTIFF
ADC #164517

V.                          NO: 5:17CV00101 JLH/PSH

W. BROOKS, *et al.*                                                                     DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.

DATED this 15th day of August, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE